```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02942
   BERNICE HOLCOMB
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4422

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/21/2007 and was confirmed 05/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 01/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
HSBC BANK USA              CURRENT MORTG          .00              .00            .00
HSBC BANK USA              MORTGAGE ARRE    13708.40              .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    12378.00           425.63        1374.38
CAPITAL ONE AUTO FINANCE   UNSECURED          795.63              .00            .00
CITY OF CHICAGO WATER DE   SECURED            500.00              .00         100.00
ROUNDUP FUNDING LLC        UNSECURED          837.54              .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          336.16              .00            .00
F&W LLC                    UNSECURED        NOT FILED             .00            .00
PREMIER BANCARD CHARTER    UNSECURED          339.49              .00            .00
MERRICK BANK               UNSECURED          977.71              .00            .00
ASPIRE                     UNSECURED          719.89              .00            .00
HSBC BANK USA              NOTICE ONLY     NOT FILED             .00            .00
COMCAST                    UNSECURED          164.19              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,414.00                       2,025.79
TOM VAUGHN                 TRUSTEE                                            274.20
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  4,200.00

PRIORITY                                          .00
SECURED                                      1,474.38
    INTEREST                                   425.63
UNSECURED                                         .00
ADMINISTRATIVE                               2,025.79
TRUSTEE COMPENSATION                           274.20
DEBTOR REFUND                                     .00
                        ---------------  ---------------
TOTALS                   4,200.00            4,200.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02942 BERNICE HOLCOMB
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 04/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```